

P16029/S. Osman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO: Jim Molinelli, Miscellaneous Clerk

FROM: Sandra Osman USPOA

RE: David Kritchman

DATE: July 12, 2007

**07CRM. 667**

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On June 7, 2000, the above-named individual was sentenced in the Eastern District of Michigan outlined in the attached J & C.

In June 2007, we received the Prob. 22's endorsed by the Honorable Paul D. Borman, U.S. District Court Judge, ordering Mr. Kritchman's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5194.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Sandra Osman
U.S. Probation Officer Assistant

[Stamp: USDC SDNY ELECTRONICALLY FILED JUL 23 2007]